# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIKQUA WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MORENO VALLEY, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No.: ED CV 17-1424-DMG (KKx) <br><br> **ORDER FOR DISMISSAL [42]** |

On December 21, 2018, the Parties filed a joint stipulation for dismissal.

Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, as the Parties have entered into a fully executed settlement agreement.

DATED: December 28, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE